JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:23-00934-JWH(ADSx) | Date | November 22, 2023 |
| Title | *Marinello Salvatore-Alessandro v. Rushmore Loan Management Services, LLC* | | |

Present: The Honorable     JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Clarissa Lara | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    (IN CHAMBERS) ORDER DISMISSING CASE FOR LACK OF PROSECUTION**

On September 7, 2023, the Court issued an order directing Plaintiff to show cause, in writing, on or before September 29, 2023, why this action should not be dismissed for lack of prosecution [ECF No. 17]. On October 5, 2023, the Court extended the deadline for Plaintiff to accomplish service to November 17, 2023 [ECF No. 20]. As of today's date, no response has been filed.

Accordingly, on its own motion, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, the Court hereby **ORDERS** as follows:

1.   This case is **DISMISSED** for lack of prosecution.

2.   The Clerk is **DIRECTED** to close the case.

**IT IS SO ORDERED.**